## MARTIN v. THE STATE FIRE INSURANCE CO.

1. **Practice in the Supreme Court:** APPEAL DISMISSED. As it does not appear that any judgment was rendered, or that any ruling was had upon the motion for a new trial, the appeal will be dismissed.

*Appeal from Pottawattamie Circuit Court.*

SATURDAY, JUNE 10.

*G. A. Holmes* and *J. H. Keatley*, for appellant.

No appearance for appellee.

ADAMS, J. This action was brought upon a policy of fire insurance. There was a trial to a jury which made special findings. The defendant moved to set aside the special findings, but no ruling appears to have been had upon the motion. No general verdict appears to have been rendered, and no judgment appears to have been rendered. We find exceptions to instructions given, and a motion for a new trial, but no ruling appears to have been had upon this motion. We will say further, that we find no evidence that any notice of appeal has been served upon any one. The appeal, therefore, must be

1. PRACTICE: appeal dismissed.

DISMISSED.